DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DEVILNEAR TILGHMAN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2026-0407

[May 7, 2026]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael Usan, Judge; L.T. Case No. 062019CF013584A88810.

Devilnear Tilghman, Punta Gorda, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, KLINGENSMITH, and LOTT, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***